**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| BRANDON ENGLERT, an individual,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a government entity and DOES 1-10, inclusive,<br><br>　　　　　　Defendant(s). | 2:22-cv-00774-MMD-EJY<br><br>**ORDER** |

　　　Due to a conflict on the court's calendar,

　　　IT IS HEREBY ORDERED that early neutral evaluation session scheduled for December 29, 2022, is RESCHEDULED to 10:00 AM, January 5, 2023. The confidential statements are due by 4:00 PM, December 29, 2022. All else as stated in the order scheduling the ENE (ECF No. 11) remains unchanged.

　　　DATED this 6th day of October 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE