1  Jason D. Guinasso, Esq. (Nevada Bar No. 8478)
   HUTCHISON & STEFFEN, PLLC
2  5371 Kietzke Lane
   Reno, Nevada 89511
3  Telephone: (775) 853-8746
   Facsimile: (775) 201-9611
4  Email: jguinasso@hutchlegal.com

5  Christina M. Alexander, Esq. (Nevada Bar No. 9360)
   HUTCHISON & STEFFEN, PLLC
6  Peccole Professional Park
   10080 West Alta Drive, Suite 200
7  Las Vegas, Nevada 89145
   Telephone: (702) 385-2500
8  Facsimile: (702) 385-2086
   Email: calexander@hutchlegal.com

9
   *Attorneys for Plaintiff Brandon Englert*
10
                  **IN THE UNITED STATES DISTRICT COURT**
11
                    **FOR THE DISTRICT OF NEVADA**
12
   BRANDON ENGLERT, an individual          Case No.: 2:22-cv-00774-MMD-EJY
13

14              Plaintiff,

15        vs.                              **MOTION TO REMOVE ATTORNEY
                                            FROM SERVICE LIST**
16  LAS VEGAS METROPOLITAN POLICE

17  DEPARTMENT, a government entity; and

18  DOES 1-10, inclusive,

                Defendant.
19

20

21        Plaintiff, BRANDON ENGLERT, by and through his attorney of record, hereby moves

22  to remove ALEX R. VELTO, ESQ., and ASTRID A. PEREZ, ESQ., from the above-entitled

23  action. Mr. Velto and Ms. Perez are no longer counsel of record for the Plaintiff, BRANDON

24  ENGLERT. Jason D. Guinasso, Esq., and Christina Alexander, Esq., of the law firm

HUTCHISON & STEFFEN, PLLC, remain as the attorneys for Plaintiff, BRANDON ENGLERT.

### **AFFIRMATION**

The undersigned does hereby affirm that the preceding document filed in this court does not contain the social security number of any person.

DATED this <u>5th</u> day of February, 2024.

HUTCHISON & STEFFEN, PLLC

*/s/ Jason D. Guinasso*
_____
Jason D. Guinasso, Esq. (Nevada Bar No. 8478)
HUTCHISON & STEFFEN, PLLC
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 853-8746
Facsimile: (775) 201-9611
Email: jguinasso@hutchlegal.com

Christina M. Alexander, Esq. (Nevada Bar No. 9360)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
Email: calexander@hutchlegal.com

*Attorneys for Plaintiff Brandon Englert*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: February 5, 2024