**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
  Attorneys for Defendant LVMPD

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON ENGLERT, an individual, | Case Number: 2:22-cv-00774-MMD-EJY |
| Plaintiff, | |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a government entity and DOES 1-10, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ITS REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (ECF NO. 41)**

Plaintiff Brandon Englert ("Plaintiff") and Defendant Las Vegas Metropolitan Police Department ("Defendant"), by and through their respective counsel, hereby submit the following Stipulation and Order for Extension of Time for Defendant to File its Reply to Plaintiff's Opposition to Motion for Summary Judgment (ECF No. 41)

1.  On January 16, 2024, Defendant filed their Motion for Summary Judgment. (ECF No. 37)

2.  On February 6, 2024, Plaintiff filed his Opposition to Defendant's Motion for Summary Judgment. (ECF No. 41)

3.  Defendant's Reply is currently due February 20, 2024.

4.  Defendant respectfully requests that it be allowed to file its Reply on February 27, 2024.

MAC:14687-424 5387174_1

1      5.     This request for extension is not an effort to delay the proceedings.

2      IT IS SO STIPULATED this 21st day of February, 2024.

MARQUIS AURBACH                 HUTCHISON & STEFFEN, PLLC

By: *s/Nick D. Crosby*              By: *s/Jason D. Guinasso, Esq.*
     Nick D. Crosby, Esq.                Jason D. Guinasso, Esq.
     Nevada Bar No. 8996               Nevada Bar No. 8478
     10001 Park Run Drive              5371 Kietzke Lane
     Las Vegas, Nevada 89145           Reno, Nevada 89511
     Attorney for Defendant LVMPD      Attorneys for Plaintiff

**IT IS SO ORDERED:**
**DATED:** 2/20/2024

_____
**UNITED STATES DISTRICT COURT JUDGE**

MAC:14687-424 5387174_1