Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Paul S. Prior, Esq.
Nevada Bar No. 9324
Theresa C. Trenholm
Nevada Bar No. 16460
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone:  (702) 784-5200
Facsimile:  (702)784-5252
Email: afugazzi@swlaw.com
         sprior@swlaw.com
         ttrenholm@swlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON ENGLERT,<br><br>              Plaintiff,<br><br>    v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a government entity and DOES 1-10, inclusive,<br><br>              Defendant. | Case No. 2:22-cv-00774-MMD-EJY<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT** |

THE COURT AND ALL PARTIES ARE NOTIFIED that Defendant Las Vegas Metropolitan Police Department makes the following substitution of counsel:

1.    Former Legal Representative:        Nick D. Crosby, Esq.
                                          Marquis Aurbach
                                          10001 Park Run Drive
                                          Las Vegas, Nevada 89145
                                          702-382-0711

2.    New Legal Representative:           Alex L. Fugazzi, Esq.
                                          1700 South Pavilion Center Drive, Suite 700
                                          Las Vegas, Nevada 89135-1865
                                          702.784.5200

- 1 -

4896-7598-9903

3.   I consent to this substitution.

Dated: February 16, 2026

/s/ Nick D. Crosby
Nick D. Crosby, Esq.
Marquis Aurbach

4.   I consent to this substitution.

Dated: February 16, 2026

/s/ Alex L. Fugazzi
Alex L. Fugazzi, Esq.
Snell & Wilmer L.L.P.

5.   I consent to this substitution on behalf of Defendant.

Dated: February 16, 2026

/s/ Ruth Miller
Las Vegas Metropolitan Police Department
By: Ruth Miller, Esq.
Its: General Counsel

Dated: February 16, 2026

SNELL & WILMER L.L.P.

By: /s/ Alex L. Fugazzi
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Paul S. Prior, Esq.
Nevada Bar No. 9324
Theresa C. Trenholm
Nevada Bar No. 16460
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

### ORDER

The Court advises the parties that unopposed motions must comply with LR IA 6-2 requiring a signature block for the judge. The Court excuses this failure on this occasion, but will not do so going forward.

IT IS HEREBY ORDERED that the Motion to Substitute Counsel (ECF No. 59) is GRANTED.

U.S. MAGISTRATE JUDGE

Date: February 17, 2026

4896-7598-9903

- 2 -