Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Paul S. Prior, Esq.
Nevada Bar No. 9324
Theresa C. Trenholm
Nevada Bar No. 16460
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone:  (702) 784-5200
Facsimile:  (702)784-5252
Email: afugazzi@swlaw.com
          sprior@swlaw.com
          ttrenholm@swlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON ENGLERT,<br><br>                    Plaintiff,<br><br>       v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a government entity and DOES 1-10, inclusive,<br><br>                    Defendant. | Case No. 2:22-cv-00774-MMD-EJY<br><br>**ORDER GRANTING STIPULATION TO DISMISS LITIGATION WITH PREJUDICE** |

Plaintiff Brandon Englert ("Englert") and Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through undersigned counsel, jointly stipulate and agree as follows:

1. This case should be dismissed with prejudice consistent with settlement terms between the Parties.

2. Any outstanding hearings and deadlines shall be vacated.

3. The Parties shall bear their own attorneys' fees and costs associated with this action.

4. The Parties respectfully request that the Court retain jurisdiction over the Parties for the sole purpose of enforcing the terms of the Parties' Settlement Agreement and Release.

- 1 -

4896-4799-6056

Dated: June 1, 2026

SNELL & WILMER L.L.P.

By: */s/ Alex L. Fugazzi*
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Paul S. Prior, Esq.
Nevada Bar No. 9324
Theresa C. Trenholm
Nevada Bar No. 16460
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

Dated: June 1, 2026

GUINASSO LAW, LTD

By: */s/ Jason D. Guinasso*
Jason D. Guinasso, Esq.
Nevada State Bar No. 8478
5371 Kietzke Lane
Reno, Nevada 89511

Ash Marie Blackburn, Esq.
Nevada State Bar No. 14712
6018 S. Ft. Apache Rd., Ste. 150
Las Vegas, Nevada 89148

*Attorneys for Plaintiff Brandon Englert*

## ORDER

Good cause appearing, **IT IS HEREBY ORDERED that the parties' stipulation is GRANTED**. **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over the Parties for the sole purpose of enforcing the terms of the Parties' Settlement Agreement and Release.

**IT IS SO ORDERED**.

DATED: June 1, 2026

Miranda M. Du, U.S. District Judge

- 2 -